IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 1:12-CR-71 |
| | § | |
| MARIO CARDENAS-GUILLEN | § | |

**NOTICE TO THE COURT OF SUBSTITUTION OF COUNSEL**

COMES NOW the United States of America, by and through Brit Featherston, United States Attorney for the Eastern District of Texas, and Christopher T. Rapp, the undersigned Assistant United States Attorney, on behalf of the United States of America, and notices the Court of the government's intent to substitute Christopher T. Rapp, Assistant United States Attorney, Beaumont Division, for John A. Craft, as counsel for Plaintiff, United States of America, in this cause, and would show the Court that:

I.

The undersigned, Assistant United States Attorney Christopher T. Rapp, should be formally substituted as attorney of record for the Plaintiff, United States of America, and all further pleadings and papers should be served on:

>Christopher T. Rapp
>Assistant U. S. Attorney
>Arizona Bar No. 025704
>550 Fannin St., Suite 1250
>Beaumont, Texas  77701
>(409) 839-2538
>(409) 839-2550 (fax)

       Respectfully submitted,

       BRIT FEATHERSTON
       UNITED STATES ATTORNEY

       */s/ Christopher T. Rapp*
       CHRISTOPHER T. RAPP
       Assistant U. S. Attorney
       Arizona Bar No. 025704
       550 Fannin St., Suite 1250
       Beaumont, Texas  77701
       (409) 839-2538
       (409) 839-2550 (fax)
       christopher.t.rapp@usdoj.gov